**Affirmed as Modified and Opinion Filed July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-12-00986-CR
_____

### CLYDE GARRISON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F09-56536-H**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

Clyde Garrison appeals from the adjudication of guilt for assault involving family violence, with three previous assault-family violence convictions. See TEX. PENAL CODE ANN. § 22.01(a), (b)(2)(A) (West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2012). The trial court assessed punishment, enhanced by two prior felony convictions, at twenty-five years' imprisonment. In a single issue, appellant contends the judgment adjudicating guilt should be modified to show there was no plea bargain agreement. The State agrees the modification is needed. We modify the trial court's judgment adjudicating guilt and affirm as modified. The record shows that appellant entered an open plea of true to the allegations in the

State's motion to adjudicate guilt. The judgment, however, incorrectly states the terms of plea bargain as "25 years penitentiary, no fine." We sustain appellant's sole issue.

We modify the judgment adjudicating guilt to show there was no plea bargain agreement. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). As modified, we affirm the trial court's judgment adjudicating guilt.

Do Not Publish
TEX. R. APP. P. 47
120986F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CLYDE GARRISON, Appellant

No. 05-12-00986-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F09-56536-H).
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered July 31, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE